# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**GRAYLINE THOMPSON,**

        Petitioner,

   -vs-

                                       Case No. 13-C-898

**MICHAEL MEISNER, Warden,**
**Columbia Correctional Institution,**

        Respondent.

## DECISION AND ORDER

After the Court entered an order directing the respondent to respond to this petition, the petitioner filed a motion to amend, requesting ninety (90) days to "submit additional issues." This seems like another attempt to stay these proceedings, but Mr. Thompson has not established good cause in favor of the same. *Rhines v. Weber*, 544 U.S. 269, 277 (2005). Moreover, Thompson failed to comply with Civil Local Rule 15(a), which provides that an "amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." Thompson's motion [ECF No. 11] is **DENIED**, without prejudice to any future attempts to amend his pleadings. The respondent's corresponding motion for an extension of time to file an answer [ECF No. 15] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 17th day of October, 2013.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**